# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:  GOOFY GUYS  2, LLC § Case No. 07-20742 | |
| § | |
| ME, ERIK AND § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 12/02/2010 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  10/03/2010    By:  JOSEPH R. VOILAND
                                 Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: GOOFY GUYS 2, LLC | § Case No. 07-20742 |
| | § |
| ME, ERIK AND | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*               $      5,714.25

*and approved disbursements of*                    $           0.00

*leaving a balance on hand of* [1]                 $      5,714.25

Claims of secured creditors will be paid as follows:

*Claimant*                                                          *Proposed Payment*
                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH R. VOILAND | $   1,321.43 | $   160.65 |
| *Attorney for trustee* | Joseph R Voiland | $      500.00 | $   257.14 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $52,037.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Shales, Rick | $ 150.00 | $ 150.00 |
| 9P | Illinois Department of Revenue | $ 51,887.00 | $ 3,325.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 521,699.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Avaya, Inc. | $ 301.14 | $ 0.00 |
| 2 | Veolia Environmental Serv. | $ 107.00 | $ 0.00 |
| 4 | Judge & Dolph, Ltd. | $ 2,330.54 | $ 0.00 |
| 5 | CRS Company | $ 580.00 | $ 0.00 |
| 6 | New City Packaging Co., Inc. | $ 4,201.19 | $ 0.00 |
| 7 | Pro/Phase Marketing | $ 1,810.15 | $ 0.00 |
| 8 | Union beverage/Glazer's Distr. | $ 223.53 | $ 0.00 |
| 9U | Illinois Department of Revenue | $ 3,349.00 | $ 0.00 |
| 10 | Consumers Meat Packing Co. | $ 3,847.36 | $ 0.00 |
| 11-2 | BOF & OST, Inc. | $ 230,500.00 | $ 0.00 |
| 12 | Greg and Marian Nelson | $ 4,900.00 | $ 0.00 |
| 13 | Donna & Gregg Crochowski | $ 264,750.00 | $ 0.00 |
| 14 | Mary Bridgeman | $ 4,800.00 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOSEPH R. VOILAND
                        Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: kseldon               Page 1 of 2                   Date Rcvd: Nov 02, 2010
Case: 07-20742                 Form ID: pdf006             Total Noticed: 77

The following entities were noticed by first class mail on Nov 04, 2010.
 db           +Goofy Guys 2, LLC,    1 West Illinois St.,    Saint Charles, IL 60174-2847
 aty          +Joseph R Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
 aty          +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
 tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11730352      +AT&T,    POB 8100,    Aurora, IL 60507-8100
11730347      +Abarr Sales, Inc.,    8130 W. 47th St.,    Lyons, IL 60534-1836
11730349      +Air Cleaning Specialists,    7117 W. Grand Ave.,    Elmwood Park, IL 60707-2806
11730350      +Alpha Baking Co., Inc.,    36230 Treasury Ctr.,    Chicago, IL 60694-6200
11730351      +Altamirano, Sergio,    830 Kenwood Ave.,    West Chicago, IL 60185-3232
11730353      +Aurora Beverage Distribution,    591 Montgomery Rd.,    Montgomery, IL 60538-1745
11730354      +Avaya, Inc.,    C/O RMS Bankruptcy Recovery Services,    PO Box 5126,    Timonium, MD 21094-5126
11730355      +Axelrod & Assoc.,    1448 Old Skokie Rd.,    Highland Park, IL 60035-3040
11730357      +BOF & OST, Inc.,    377 Copper Springs Lane,    Elgin, IL 60124-4341
11730356      +Barry Sneed,    1710 Loran Dr.,    Geneva, IL 60134-2953
11730358      +Bradley & Maxine Garcia,    2819 Sweet Holly Dr.,    Jacksonville, FL 32223-0798
11730359      +Bruce Schumacher,    1325 Prairie Court,    West Chicago, IL 60185-5147
11730366      +CR Food Service, Inc.,    1820 Wallace Ave.,    Saint Charles, IL 60174-3413
11730368      +CRS Company,    696 Will Young Rd.,    Greenfield, TN 38230-3653
11730360       Catherine Elliott-Dunne,    Glazer’s Distributors of IL,    POB 10371,    Chicago, IL 60610-0371
12095593      +Cenon Gaffud, Jr.,    227 West Adams,    Villa Park, Illinois 60181-3110
11730361      +Christine M. Ory,    5303 Newport Drive,    Lisle, IL 60532-2173
11730362      +City of St. Charles,    2 E. Main St.,    Saint Charles, IL 60174-1984
11730363       Cody, Justin,    51 Bridle Lane,    Wheaton, IL 60187
11730364      +Consumers Meat Packing Co.,    1301 Carson Dr.,    Melrose Park, IL 60160-2970
11730367      +Creative Mailing Services,    POB 1147,    Saint Charles, IL 60174-7147
11730373      +DMX Music,    POB 660557,    Dallas, TX 75266-0557
11730370      +Darlene A. Klein,    8702 Ballycastle Lane,    Tinley Park, IL 60487-7715
11730374      +Donna & Gregg Crochowski,    4222 W. 90th Place,    Hometown, IL 60456-1210
11730375       Edward W. & Janice R. Baum,    210 Virginia St.,    Winfield, IL 60190
11730376       Fauske & Associates LLC,    16W070 W. 83rd St.,    Hinsdale, IL 60521
11730377      +Fikins, Heather,    1621 Indiana St.,    Saint Charles, IL 60174-2529
11730378      +Gonzalez, Victor,    227 Oak St.,    West Chicago, IL 60185-2215
11730379       Gordon Food Service,    Dept. CH 10490,    Mchenry, IL 60050
11730380      +Greg and Marian Nelson,    1224 Rita Ave.,    Saint Charles, IL 60174-4442
11730381      +Grove Leasing of IL, Inc.,    8704 W. 98th Pl.,    Palos Hills, IL 60465-1138
11730382      +Hankes, Molly,    625 Kingsbury Ct.,    Batavia, IL 60510-3202
11730383      +Heisey Beverage,    426 N. Grove,    Wood Dale, IL 60191-1309
11730384      +Heritage Wine Cellars, Ltd.,    6600 W. Howard St.,    Niles, IL 60714-3306
11730385     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
                100 W. Randolph St.,    Chicago, IL 60106)
11730386      +Jonathan B. Gilbert,    7610 Division St.,    River Forest, IL 60305-1106
11730387       Judge & Dolph, Ltd.,    POB 809180,    Chicago, IL 60680-9180
11730388      +Major Appliance Service,    4330 Prescott Ave.,    Lyons, IL 60534-1532
11730389      +Malik, Anita,    116 S. 8th Ave.,    Saint Charles, IL 60174-2214
11730390      +Market Produce,    951 W. Randolph,    Chicago, IL 60607-2220
11730391      +Mary Bridgeman,    4222 West 90th Place,    Home Town, IL 60456-1210
11730392      +Mickey’s Linen,    POB 5798,    Villa Park, IL 60181-5309
11730393      +Mullen & Winthers, PC,    1N 141 Country Farm Rd., Ste. 230,    Winfield, IL 60190-2023
11730394      +New City Packaging Co., Inc.,    2600 Church Rd.,    Aurora, IL 60502-8732
11730396      +Poyer, Linda,    1754 Cumberland Dr., #16,    Saint Charles, IL 60174-4614
11730397      +Pro/Phase Marketing,    %CrediSolve,    POB 48439,    Minneapolis, MN 55448-0439
11730398      +Pure Wine Company,    361 S. Frontage Rd.,    Ste. 130,    Willowbrook, IL 60527-5830
11730401      +Richardson, Joanna,    404 Wing Park Blvd.,    Elgin, IL 60123-3345
11730402      +Sara Lee Coffe & Tea,    POB 70819,    Chicago, IL 60673-0819
11730403      +Shales, Rick,    38W385 Heatherfiel,    Elgin, IL 60124-8810
11730404      +Shankman, Emily,    6N173 Woodland Dr.,    Saint Charles, IL 60175-8352
11730405      +Shankman, sara,    6N173 Woodlawn Dr.,    Saint Charles, IL 60175-8352
11730407      +Smithereen Pest Mgmt,    7400 N. Melvina Ave.,    Niles, IL 60714-3908
11730408      +Southern Wine & Spirits,    2971 Paysphere Circle,    Chicago, IL 60674-0001
11730409      +St. Charles Convention Bureau,    311 N. 2nd St.,    Saint Charles, IL 60174-1850
11730410      +Sta Kleen, Inc.,    803 W. Estes Ave.,    Schaumburg, IL 60193-4477
11730411      +Stein & Rotman,    % US FoodService,    105 W. Madison St.,    Chicago, IL 60602-4602
11730412      +Suburban Water Conditioner,    POB 5490,    Elgin, IL 60121-5490
11730413      +Sue Schumacher,    1325 Prairie Ct.,    West Chicago, IL 60185-5147
11730414      +Suina, Abel,    1344 S. 14th St., Unit 2D,    Saint Charles, IL 60174-3753
11730415      +Terminex,    550 N. Commons Dr., Ste. 100,    Aurora, IL 60504-8172
11730416      +Theisinger, Krystal,    515 E. Taylor, Apt. #8,    Dekalb, IL 60115-4559
11730417      +Tom’s Temperature Control,    POB 406,    Winfield, IL 60190-0406
11730418      +TriMark,    6100 W. 73rd St.,    Chicago, IL 60638-6100
11730420      +US Foodservice,    POB 98420,    Chicago, IL 60693-8420
11730419      +Union beverage/Glazer’s Distr.,    23734 Network Place,    Chicago, IL 60673-0001
11730421      +Veolia Environmental Serv.,    4612 W. Lake St.,    Melrose Park, IL 60160-2747
11730422      +Von Beaumont Distributing,    5439 Ashbrook Place,    Downers Grove, IL 60515-4252
11730423      +Wisser, Zachary,    1433 Pembroke Ave.,    South Elgin, IL 60177-2929

The following entities were noticed by electronic transmission on Nov 03, 2010.
11730348       E-mail/Text: bkr@cardworks.com                           Advanta Bank corp,    POB 30715,
                Salt Lake City, UT 84130-0715
11730395      +E-mail/Text: bankrup@nicor.com                           Nicor Gas,    POB 416,
                Aurora, IL 60568-0001
11730400      +E-mail/Text: CustomerNoticesEast@dexknows.com                           RH Donnelley,
                8519 Innovation Way,    Chicago, IL 60682-0001
```

```
District/off: 0752-1          User: kseldon             Page 2 of 2               Date Rcvd: Nov 02, 2010
Case: 07-20742                Form ID: pdf006           Total Noticed: 77

The following entities were noticed by electronic transmission (continued)
11730399     +E-mail/Text: cindycirlincione@officemax.com                         Reliable Office Supplies,
              8001 Innovation Way,   Chicago, IL 60682-0001
                                                                                                   TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11730406      Shodeen Management Co.,    see Description
11730365     ##+CPR Printing, Inc.,   3N674 N. 17th St.,   Saint Charles, IL 60174-1601
11730369     ##+Daniel Zuidema,   9 Creekside Ct.,   North Aurora, IL 60542-8936
11730371     ##+Diamond Seafood, Inc.,   204 N. Edgewood Ave.,   Wood Dale, IL 60191-1610
11730372     ##+Distinctive Wines,   2701 S. Western Ave.,   Chicago, IL 60608-5219
                                                                                   TOTALS: 1, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2010**                         **Signature:**   *Joseph Speetjens*